E-FILED
Wednesday, 01 May, 2019 12:57:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TINA RENEE BIRKHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-cv-3092 |
| | ) | |
| TONI SMITH, LINDA YANEZ, STACEY YANEZ, JENNY O'DANIELS, ROGER HAYZE, and RITA WASKLA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 4). On April 8, 2019, Plaintiff Tina Renee Birkhead filed a Complaint (d/e 1), an Application to Proceed in District Court Without Prepaying Fees and Costs (Application) (d/e 2), and a Motion to Request Counsel (d/e 3). On April 11, 2019, Judge Schanzle-Haskins filed a Report and Recommendation recommending that the Court dismiss the Complaint with leave to replead and reserve ruling on the Application to Proceed in District

Court Without Prepaying Fees and Costs until Plaintiff files an amended complaint.

Objections to the Report and Recommendation were due on or before April 25, 2019. Plaintiff did not file an objection.

Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The Court reviews de novo any part of the Report and Recommendation to which a proper objection has been made. Fed. R. Civ. P. 72(b)(3). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." Johnson v. Zema Sys. Corp., 170 F. 3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

In the Report and Recommendation, Judge Schanzle-Haskins found that, while Plaintiff purports to bring a claim under 42 U.S.C. § 1983, Plaintiff did not allege that the named defendants acted under color of law, when or where the defendants harmed her, what

constitutional or other federal right the defendants violated, or what the defendants did that violated her rights. Accordingly, Judge Schanzle-Haskins concluded that the Complaint failed to state a claim under § 1983. After reviewing the Complaint and the Report and Recommendation, this Court finds no clear error.

**IT IS THEREFORE ORDERED THAT:**

**(1) The Court ACCEPTS the Report and Recommendation (d/e 4) in its entirety.**

**(2) Plaintiff's Complaint is DISMISSED without prejudice and with leave to replead. Plaintiff shall file an amended complaint on or before May 22, 2019. Failure to file an amended complaint will result in the Court closing the case.**

**(3) The Court reserves ruling on Plaintiff's Application and Motion to Request Counsel until Plaintiff files an amended complaint.**

**ENTERED: April 30, 2019**

**FOR THE COURT:**

<u>s/ Sue E. Myerscough</u>
**SUE E. MYERSCOUGH**
**UNITED STATES DISTRICT JUDGE**